IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXPERIAN INFORMATION SOLUTIONS CREDIT REPORTING LITIGATION | No. C 16-05674 WHA<br>No. C 16-05676 WHA<br>No. C 16-05679 WHA<br>No. C 16-05694 WHA<br>No. C 16-05701 WHA<br>No. C 16-05704 WHA<br>No. C 16-06315 WHA<br>No. C 16-06335 WHA<br>No. C 16-06363 WHA<br>No. C 16-06372 WHA<br>No. C 17-00343 WHA<br>No. C 17-00506 WHA<br><br>**AMENDED CASE MANAGEMENT ORDER** |

The Court has reviewed the parties' stipulated request for an extension of time for defendants to respond to the complaint (Dkt. No. 14). Defendants in this action, *Grinder v. Experian*, No. 3:17-cv-00343-WHA, are not required to join in the combined motion to dismiss due on February 9, and shall have until **30 DAYS** after the Court rules on the aforementioned motion to respond to the complaint.

**IT IS SO ORDERED.**

Dated: February 8, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ William Alsup
　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE