SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCICO DIVISION

| | |
|---|---|
| BETTY GRINDER, <br><br> Plaintiff, <br><br> v. <br><br> DISCOVER FINANCIAL SERVICES; et. al., <br><br> Defendants. | Case No.: 3:17-CV-00343-WHA <br><br> NOTICE OF SETTLEMENT WITH DEFENDANT DISCOVER FINANCIAL SERVICES |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Betty Grinder and defendant Discover Financial Services by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. The parties believe the settlement will be finalized within 30 days.

Dated:   April 14, 2017

**Sagaria Law, P.C.**
/s/ *Elliot Gale*
Elliot Gale
Attorneys for Plaintiff

NOTICE OF SETTLEMENT - 1