1  Scott J. Sagaria (SBN 217981)
   SJSagaria@sagarialaw.com
2  Elliot W. Gale (SBN 263326)
   EGale@sagarialaw.com
3  Joe Angelo (SBN 268542)
   JAngelo@sagarialaw.com
4  SAGARIA LAW, P.C.
   3017 Douglas Blvd., Ste 100
5  Roseville, CA 95661
   Telephone:  (408) 279-2288
6  Facsimile:  (408) 297-2299

7  Attorneys for Plaintiff Betty Grinder

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| BETTY GRINDER, | Case No.: 3:17-cv-00343-WHA |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.; [PROPOSED] ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC., ET AL., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Betty Grinder and defendant Wells Fargo Bank, N.A. that Wells Fargo Bank, N.A. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

STIPULATION FOR DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.; [PROPOSED] ORDER -1-

| | | |
|---|---|---|
| DATED: September 20, 2017 | | **Sagaria Law, P.C.** |
| | By: | */s/ Elliot Gale* |
| | | Elliot Gale |
| | | Attorney for Plaintiff Betty Grinder |

| | | |
|---|---|---|
| DATED: September 20, 2017 | | **Severson & Werson, APC** |
| | By: | */s/ Alisa Alexandra Givental* |
| | | Alisa Alexandra Givental |
| | | Attorney for Defendant Wells Fargo Bank, N.A. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Alisa Alexandra Givental has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Wells Fargo Bank, N.A. is dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____

Hon. William Alsup
UNITED STATES DISTRICT JUDGE