Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Betty Grinder

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY GRINDER,<br><br>         Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>         Defendants. | Case No.: 3:17-cv-00343-WHA<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT RC WILLEY HOME FURNISHINGS, INC. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Betty Grinder and defendant RC Willey Home Furnishings, Inc., by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  The Parties believe the settlement will be finalized within sixty (60) days and will request dismissal of RC Willey Home Furnishings, Inc. from this action upon finalization.

                                                                                    **Sagaria Law, P.C.**

Dated:   September 25, 2017          By:     /s/ *Elliot Gale*
                                                                                    Elliot Gale
                                                                                    Attorneys for Plaintiff

//

NOTICE OF SETTLEMENT WITH DEFENDANT RC WILLEY HOME FURNISHINGS, INC. -1-

|  |  |
|---|---|
| | **Durham Jones & Pinegar, P.C.** |
| Dated:   September 25, 2017 | By:   /s/ *David W. Tufts*<br>David W. Tufts<br>Attorneys for Defendant<br>RC Willey Home Furnishings, Inc. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Notice. I hereby attest that David W. Tufts has concurred in this filing.

*/s/ Elliot Gale*