Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Betty Grinder

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY GRINDER,<br><br>      Plaintiff,<br><br>vs.<br><br>RC WILLEY HOME FURNISHINGS, INC.; et. al.,<br><br>      Defendants. | Federal Case No.: 3:17-cv-00343-WHA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT RC WILLEY HOME FURNISHINGS, INC.; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between plaintiff Betty Grinder and defendant RC Willey Home Furnishings, Inc. ("Willey"), through their designated counsel, that Willey be dismissed with prejudice from the above-captioned action pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

DATED:  December 4, 2017          **Sagaria Law, P.C.**

By: _____*/s/ Elliot W. Gale*_____
         Elliot W. Gale
Attorneys for Plaintiff
Betty Grinder

DATED: December 4, 2017           **Durham Jones & Pinegar, P.C.**

By: _____*/s/David W. Tufts*_____
         David W. Tufts
Attorneys for Defendant
RC Willey Home Furnishings, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that David W. Tufts has concurred in this filing.
*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Willey is dismissed with prejudice from the above-captioned action and ~~that~~ each party shall bear its own attorneys' fees and costs. This dismissal is with prejudice as to plaintiff's claims only (i.e., without prejudice to any potential cross-claims that might possibly be asserted later by co-defendants against Willey).

IT IS SO ORDERED.

DATED: __January 8, 2018.__        _____
                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge William Alsup*