Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Betty Grinder

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| BETTY GRINDER, | Federal Case No.: 3:17-cv-00343-WHA |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between plaintiff Betty Grinder and defendant Experian Information Solutions, Inc. ("Experian"), through their designated counsel, that Experian be dismissed with prejudice from the above-captioned action pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//

1

STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER

DATED:  February 6, 2018          **Sagaria Law, P.C.**

                                  By:  /s/ Elliot W. Gale
                                           Elliot W. Gale
                                  Attorneys for Plaintiff
                                  Betty Grinder


DATED: February 6, 2018           **Jones Day**


                                  By:  /s/Ben Lee
                                           Ben Lee
                                  Attorneys for Defendant
                                  Experian Information Solutions, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Ben Lee has concurred in this filing.
/s/ Elliot Gale

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Experian is dismissed with prejudice from the above-captioned action and ~~that~~ each party shall bear its own attorneys' fees and costs.  This dismissal is with prejudice as to plaintiff's claims only (i.e., without prejudice to any potential cross-claims that might possibly be asserted later by co-defendants against Experian).

IT IS SO ORDERED.

DATED: February 7, 2018.          _____
                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED* — Judge William Alsup